## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

CHARLES BAUSLEY,                                                                                          PLAINTIFF
ADC #357214

v.                                              No. 3:15CV00030-JLH-JTK

DOES                                                                                                     DEFENDANTS

### ORDER

Plaintiff Charles Bausley has not responded to the Court's January 29, 2015 Order (Document #2) directing him to pay the $400 filing fee for this action or file a motion to proceed *in forma pauperis*. Therefore, his complaint is hereby DISMISSED without prejudice for failure to prosecute pursuant to Local Rule 5.5(c)(2).[1]

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 9th day of March, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:
> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .