# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

CHARLES BAUSLEY,                                           PLAINTIFF
ADC #357214

v.                        No. 3:15CV00030-JLH-JTK

DOES                                                  DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 9th day of March, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE